# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| PETER ARMOUR, | : | |
|     Movant, | : | CRIMINAL ACTION NO. |
| | : | 1:19-CR-0294-WMR-3 |
| v. | : | |
| | : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, | : | 1:20-CV-4077-WMR |
|     Respondent. | : | |

## **ORDER**

Presently before the Court is the Magistrate Judge's Report and Recommendation (R&R), [Doc. 118], recommending that the instant 28 U.S.C. § 2255 motion to vacate, [Doc. 93], be denied. Movant Peter Armour has not filed objections in response to the R&R.

Movant filed the § 2255 motion to challenge his December 3, 2019, conviction for possessing a machine gun and his subsequently-entered sentence of twenty-seven months of incarceration. [Docs. 59, 74]. The Magistrate Judge determined that Movant failed to establish that he was entitled to relief with respect to his claims of ineffective assistance of counsel because (1) his claim that trial counsel failed to inform him that the government would have to prove that he knew the gun he possessed was automatic is belied by the record, (2) the Government presented evidence to prove that, contrary to Movant's claim, he did not timely instruct trial counsel to file an appeal, and (3) Movant's claim that his trial counsel should have

AO 72A
(Rev.8/82)

hired an expert failed because the expert's proposed testimony would not have made a difference in the outcome of Movant's case.

In reviewing an R&R, this Court makes a "de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). However, if no party files an objection, the Court reviews the R&R for clear error. *See, e.g., Hawbaker v. Dix*, 499 F. Supp. 3d 1244, 1246 (N.D. Ga. 2020). Here, no objections to the R&Rs have been filed, so clear-error review applies.

After considering the R&R and reviewing it for clear error, the Court finds none. Accordingly, the Court hereby receives the R&R, [Doc. 118], with approval and **ADOPTS** its recommendations as the opinion and order of the Court, and the pending § 2255 motion, [Doc. 93], is **DENIED**. **The Clerk is DIRECTED to close civil action number 1:20-CV-4077-WMR.**

This Court further agrees with the Magistrate Judge that Petitioner has failed to make "a substantial showing of the denial of a constitutional right," and a Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED**, this 17th day of February, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)